UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA MAGALLANES-CASTRO, | No. 2:15-cv-1734 KJN P |
| Plaintiff, | |
| v. | ORDER |
| DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Defendants. | |

By order filed September 22, 2015, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Plaintiff was warned that failure to file an amended complaint may result in the dismissal of this action. The order was served on plaintiff at the Yolo County Detention Center.

On October 8, 2015, plaintiff's copy of the order was returned by the postal service, marked not deliverable as addressed, unable to forward; not in custody. Although plaintiff's copy of the order was returned, she was properly served. It is the plaintiff's responsibility to keep the court apprised of her current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

On October 26, 2015, plaintiff's address was updated to the out-of-custody address stated in her complaint, and on October 27, 2015, the order was re-served on plaintiff's out-of-custody

1

address.  Thirty days from the date of re-service have now passed, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

IT IS HEREBY ORDERED that this action is dismissed without prejudice.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

Dated:  December 2, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

maga1734.fta